

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-17-00568-CR

The **STATE** of Texas,
Appellant

v.

Martin **LOPEZ**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 549327
Honorable Genie Wright, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED August 15, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice